# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Cristina-Bianca Popescu

PLAINTIFF(S)

v.

Harvest Christian Fellowship, et al.,

DEFENDANT(S).

CASE NUMBER:

5:25-cv-03505-SSS-MAAx

### NOTICE TO FILER OF DEFICIENCIES
### IN  FILED DOCUMENT

## PLEASE TAKE NOTICE:

The following problem(s) have been found with your  filed document:

| 03/05/2026 | N/A | LETTER |
|---|---|---|
| Date Filed | Document  No. | Title of Document |

### DOCKETING AND FORMATTING ERRORS:

- ☐ Local Rule 11-3.8 title page is missing, incomplete, or incorrect
- ☐ Document lacks required signature
- ☐ Document linked incorrectly to the wrong document/docket entry
- ☐ Document submitted in the wrong case
- ☐ Incorrect document is attached to the docket entry
- ☐ Incorrect event selected.  Correct event to be used is _____
- ☐ Proposed document was not submitted or was not submitted as a separate attachment
- ☐ Other: _____

### MOTION-RELATED ERRORS:

- ☐ Local Rule 7-3 compliance statement missing
- ☐ Local Rules 6-1, 7-9, 7-10 motion, opposition, or reply papers untimely
- ☐ Hearing information is missing, incorrect, or untimely
- ☐ Local Rule 11-6 Memorandum exceeds 25 pages
- ☐ Other: _____

### OTHER ERRORS:

- ☑ Local Rule 83-2.5 no letters to the Judge
- ☐ Fed. R. Civ. P. 5 no proof of service attached
- ☐ Local Rule 7.1-1 no notice of interested parties
- ☑ Other:  No subsequent filings to be made on the closed cases due to consolidation.
- _____

Note:    **In response to this notice, the Court may:  1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate.  You need not take any action in response to this notice unless and until the Court directs you to do so.**

Clerk, U.S. District Court

Dated:   03/05/2026

By: APEDRO

Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**

G-112A  (06/24)                    NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT